IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-058 |
| | ) | |
| KEYON TISHAYE DICKENS | ) | |

O R D E R

The Court **AMENDS** its Order dated December 29, 2023, (doc. no. 16), to remove the section requiring evaluation of Defendant's competence at the time of the offense. The evaluation shall only concern Defendant's competence to stand trial.

SO ORDERED this 9th day of February, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA