UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR123-058 |
| ) | |
| KEYON TISHAYE DICKENS ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jeffrey E. Johnston** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jeffrey E. Johnston** be granted leave of absence for the following periods: May 25, 2024 through June 3, 2024.

**ORDERED**, this the _7th_ day of May, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA